UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ARMANDO ROJAS-LOPEZ,

        Defendant.

No. CR-06-2052-FVS

ORDER

**THIS MATTER** comes before the Court based upon the defendant's motion for a reduction of his sentence. He is representing himself.

**BACKGROUND**

Judgment was entered on November 1, 2006. Armando Rojas-Lopez did not appeal. On July 9, 2007, he filed a motion requesting a two-level downward departure on the ground that, as an illegal alien, he will not be eligible for privileges that otherwise would be available to him while he is imprisoned.

**RULING**

Mr. Rojas-Lopez's motion will be denied. Although he characterizes his claim as an equal protection claim, it is not. It is a nonconstitutional sentencing issue that could have been presented to the Court of Appeals had he chosen to appeal his sentence. By failing to appeal, he waived the issue. *See United States v. Schlesinger*, 49 F.3d 483, 485 (9th Cir. 1995) ("nonconstitutional

ORDER - 1

sentencing errors that have not been raised on direct appeal have been waived and generally may not be reviewed by way of 28 U.S.C. § 2255").

**IT IS HEREBY ORDERED:**

The defendant's motion for a reduction of sentence (**Ct. Rec. 60**) is denied.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the government.

**DATED** this ___10th___ day of August, 2007.

                                s/ Fred Van Sickle
                                  Fred Van Sickle
                         United States District Judge

ORDER - 2